Karen L. Karr (014501)
**K. LEONE KARR LAW OFFICE**
6991 E. Camelback Road, Suite D-300
Scottsdale, AZ 85251
Telephone:  602.694.4089
Email: Karen@KLeoneKarr.com

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie R. Fausnacht, | No. 2:15-cv-01561-SMM |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Lion's Den Management LLC, | |
| Defendant. | |

Pursuant to this Court's January 18, 2019 Order, the parties hereby notify the Court that a settlement between the parties has been reached in principle.  Final documentation has not yet been finalized or executed.  When that step is completed, the parties will file a joint Notice of Dismissal.

DATED this 25th day of February 2019.

**K. LEONE KARR LAW OFFICE**


By  /s/ *Karen L. Karr*
Karen L. Karr
*Attorney for Defendant*

**BENDAU & BENDAU PLLC**


By  /s/ *Clifford P. Bendau* (with permission)
Clifford P. Bendau, II
*Attorney for Plaintiff*