IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephanie R Fausnacht,<br><br>Plaintiff,<br><br>v.<br><br>Lion's Den Management LLC,<br><br>Defendant. | No. CV-15-01561-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Notice of Settlement. (Doc. 30.) The parties have notified the Court that they have reached an agreement to settle this matter. (Id. at 1.)

Outside of the Fair Labor Standards Act ("FLSA") context, the Court normally does not rule on a private settlement agreement negotiated between the parties. However, because there are FLSA claims asserted against Defendants, the parties must seek approval of their settlement agreement to ensure its enforceability. The Court may approve the settlement if it is a fair and reasonable compromise of the issues. Before the Court may approve the notice of settlement, the parties must submit a joint motion to approve settlement agreement and attach a copy of the settlement agreement.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall submit a joint motion to approve settlement agreement and attach a copy of the settlement agreement by **Friday, March 29, 2019.** The joint motion must demonstrate that the settlement is a fair and reasonable compromise of the issues.

**IT IS FURTHER ORDERED VACATING** the telephonic status conference that is currently set before Magistrate Judge Deborah M. Fine on Monday, March 4, 2019 at 9:30 a.m.

**IT IS FURTHER ORDERED VACATING** the settlement conference that is currently set before Magistrate Judge Deborah M. Fine on Monday, March 25, 2019 at 1:15 p.m. The settlement conference may be reset for a date in the future should the parties fail to finalize the settlement agreement.

Dated this 25th day of February, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge

cc: Judge Fine